UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DELANO RICARDO YOUNG,

    Plaintiff,

  v.

ERIC ENGLISH, *et al.*,

    Defendants.

Case No. C06-5129RBL

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the report and recommendation, plaintiff's application to proceed *in forma pauperis*, any objections and the remaining record, hereby finds and **ORDERS**:

(1)     the Magistrate Judge's report and recommendation is approved and adopted;

(2)     plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3)     plaintiff shall pay the required filing fee ($250.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed;

(4)     the Clerk is directed to send copies of this Order to plaintiff and any other party that has appeared in this action.

DATED this 2nd day of June, 2006.

                                                         /s/ Ronald B. Leighton
                                                        RONALD B. LEIGHTON
                                                        UNITED STATES DISTRICT JUDGE

ORDER - 1